975 A.2d 1076

**Robin B. TRAVALINE, Respondent**

v.

**Scott John TRAVALINE, Petitioner.**

Supreme Court of Pennsylvania.

June 30, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 30th day of June, 2009, the Petition for Stay and the Petition for Allowance of Appeal are hereby **DENIED.**